**Alla S. BOGDAN, Yevgeniya Bogdan, Roman V. Bogdan, Petitioners,**

v.

**John D. ASHCROFT, Attorney General of the United States; Immigration and Naturalization Service, Respondents.**

No. 00–3695.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 17, 2001.

Decided Dec. 19, 2001.

---

1. The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

Before BOWMAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Petitioners, natives and citizens of Ukraine, seek reversal of a decision of the Board of Immigration Appeals (Board). An Immigration Judge (IJ) found petitioners removable for remaining in the United States longer than permitted and denied the requested relief of asylum and withholding of removal; the Board dismissed their appeal. This petition for review followed.

Having carefully considered the briefs and record, we affirm the denial of petitioners' claims. The IJ's decision is supported by substantial evidence, and the Board's dismissal of petitioners' appeal therefore must be sustained.

Alla Bogdan also asserts a claim for relief under the United Nations Convention Against Torture. Because this claim does not appear to have been raised in the administrative proceedings, and was not considered by either the IJ or the Board, we conclude that we lack jurisdiction to consider it.

Affirmed. See 8th Cir. R. 47B.

A true copy.